[No. 57262-8-I.   Division One.   January 16, 2007.]

POSTEMA ENTERPRISES, *Respondent*, v. BRUCE LYLE, *Appellant*.

Appeal from judgments of the Superior Court for Snohomish County, No. 02-2-10670-4, Kenneth L. Cowsert and Ronald L. Castleberry, JJ., entered October 18 and November 8, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57316-1-I.   Division One.   January 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ABRAHAM MACDICKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02829-3, George N. Bowden, J., entered November 16, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57374-8-I.   Division One.   January 16, 2007.]

*In the Matter of the Marriage of* JANET ANN EDWARDS, *Appellant*, and MICHAEL DAVID EDWARDS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-06652-8, Helen Halpert, J., entered November 7, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Agid, JJ.

[Nos. 57862-6-I; 57863-4-I;   Division One.   January 16, 2007.]
57864-2-I; 57865-1-I;
58560-6-I; 58561-4-I.

*In the Matter of the Dependency of* T.L.G. ET AL.
BONNIE LEE DUNLAVY ET AL., *Petitioners*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 01-7-00823-1 and 01-7-00824-9, Michael T. Downes, J., entered January 26, May 19, and June 14, 2006. *Reversed* and *remanded* by unpublished opinion per Agid, J., concurred in by Coleman and Baker, JJ. Now published at 139 Wn. App. 1.